# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-5203
_____

NATHANIEL WILBANKS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

June 4, 2019


PER CURIAM.

DISMISSED.

ROWE, MAKAR, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Nathaniel Wilbanks, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.